## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES FITZGERALD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 12-cv-1073 |
| | ) | |
| NCI BUILDING SYSTEMS, INC., | ) | JURY DEMANDED |
| | ) | |
| Defendant. | ) | |

### JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff Charles Fitzgerald and Defendant NCI Building Systems, Inc. hereby file this Joint Motion to Dismiss with Prejudice and would show the Court as follows:

Plaintiff and Defendant have compromised and settled all matters at issue in this lawsuit and all terms of settlement have been satisfied. The parties desire to jointly dismiss this lawsuit with each party bearing its own costs at this time.

Wherefore, Plaintiff and Defendant request that the Court dismiss this lawsuit with prejudice.

Respectfully submitted,

**ATTORNEYS FOR PLAINTIFF:**

**GILBERT RUSSELL McWHERTER, PLC**

/s/ Jonathan L. Bobbitt
Justin S. Gilbert (TN Bar No. 017079)
Jonathan L. Bobbitt (TN Bar No. 23515)
101 North Highland
Jackson, TN 38301
Telephone: 731-664-1340
Facsimile: 731-664-1540
jgilbert@gilbertfirm.com
jbobbitt@gilbertfirm.com

ATTORNEYS FOR DEFENDANT:

**MUSKAT, MARTINEZ & MAHONY, LLP**

/s/ Mary Michelle Mahony
Mary Michelle Mahony (Texas Bar No. 24002516/ Admitted Pro Hac Vice)
1201 Louisiana St., Ste. 850
Houston, Texas 77002
Telephone: (713) 987-7850
Facsimile: (713) 987-7854
MMahony@m3law.com

Todd Photopulos (TN Bar No. 18896)
Carlyle C. White (TN Bar No. 027618)
Butler, Snow, O'Mara, Stevens & Canada, PLLC
6075 Poplar Avenue, Suite 500
Memphis, TN 38119
Telephone: (901) 680-7335
Todd.Photopulos@butlersnow.com
Carlysle.White@butlersnow.som

## CERTIFICATE OF SERVICE

I hereby certify that on this the 2nd day of October, 2012, a copy of the foregoing was filed electronically through the Court's electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ Michelle Mahony
Michelle Mahony