# United States District Court
## WESTERN DISTRICT OF TENNESSEE
### Eastern Division

### JUDGMENT IN A CIVIL CASE

**CHARLES FITZGERALD,**

Plaintiff,

CASE NUMBER: 1:12-cv-1073-JDB/egb

v.

**NCI BUILDING SYSTEMS, INC.,**

Defendant,

**Decision by Court.**  This action came before the Court and the issues have been considered and a decision has been rendered.

　　**IT IS ORDERED AND ADJUDGED** that in accordance with the Order entered in the above-styled matter on 10/2/2012, this case is hereby Dismissed with Prejudice.

**APPROVED:**

　　　　　　　　　　　　　　　　　　　　　　　　s/J. Daniel Breen
　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**

**THOMAS M. GOULD**
**CLERK**

**BY: s/ Evelyn Cheairs**
**DEPUTY CLERK**